**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                  Case No. 6:06-cv-1251-Orl-19KRS

**REAL PROPERTY, INCLUDING**
**ANY BUILDINGS, APPURTENANCES,**
**AND IMPROVEMENTS THEREON,**
**LOCATED AT 7942 VERSILIA DRIVE,**
**ORLANDO, FLORIDA, 32836**

**REAL PROPERTY, INCLUDING ANY**
**BUILDINGS, APPURTENANCES, AND**
**IMPROVEMENTS THEREON, LOCATED**
**AT LOTS 30 AND 31, SUNSET KEY, FLORIDA,**

      **Defendants.**

## **JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion to Substitute the Proceeds from the Sale for the Real Property Located at Lots 30 and 31, Sunset Key, Florida as the Substitute <u>Res</u> and for a Judgment of Forfeiture. The Court, having reviewed the Motion and Stipulated Settlement Agreement, finds that the Motion is well taken.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Substitute the Proceeds from the Sale of the Real Property Located at Lots 30 and 31, Sunset Key, Florida as the Substitute <u>Res</u> and Judgment of Forfeiture is granted.

It is further ORDERED, ADJUDGED and DECREED:

That the $257,683.30 is forfeited to the United States and that the Internal Revenue Service is directed to seize and dispose of the $257,683.30 according to law.

DONE and ORDERED this _15th__ day of ___June_____, 2007, in Orlando, Florida.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT